CLARENCE & DYER LLP
EDWIN K. PRATHER (State Bar No. 190536)
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694

Attorneys for Defendants
SYNPEP CORPORATION and CHI YANG

FILED

DEC 12 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 06-0374 SBA |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION TO A TERM AND CONDITION OF DEFENDANT CHI YANG'S PRETRIAL RELEASE |
| v. | |
| SYNPEP CORPORATION and CHI YANG, | |
| Defendants. | |

Defendant Chi Yang has been released subject to the Court's standard terms and conditions of release. One such condition is defendant Yang's limitation that he not travel outside the Northern District of California. Defendant Yang would like this condition modified so that he may travel freely in the United States, subject to approval by Pretrial Services.

Defendant Yang has been presented with employment opportunities -- specifically, consulting and investment opportunities -- outside this District. As such, his continued employment necessitates his travel outside the District.

An itinerary of any travel outside the District will be submitted to and approved in advance by Paul Mamaril, defendant Yang's Pretrial Services Officer, or Mr. Mamaril's designee. Mr. Mamaril has indicated his consent to the Court's modification of this term of defendant Yang's pretrial release.

cc: WDB's Stats, Copy to parties via ECF, Lisa Pretrial Financial

Stipulation and [Proposed] Order For Modification to a Term and Condition of Defendant Chi Yang's Pretrial Release [Case No: CR 06-0374 SBA]

Page 1

*Defendant may not leave the California without permission in advance from Pretrial & may not* [handwritten insertion]

1  Similarly, Assistant United States Attorney Stacey Geis does not oppose the
2  Court's modification of this term of defendant Yang's pretrial release. *leave the U.S. without permission from me.* [handwritten]
3  IT IS SO ORDERED.
4  Dated: December 12, 2006

5  _____
   WAYNE D. BRAZIL
   UNITED STATES MAGISTRATE JUDGE

7  Approved as to form:

9  /s/: Edwin K. Prather
   EDWIN K. PRATHER
   Attorneys for Defendant Chi Yang

11 /s/: Stacey Geis
   STACEY GEIS
12 Assistant United States Attorney

14 /s/: Paul Mamaril
   PAUL MAMARIL
15 Pretrial Services Officer

Page 2