ROGERS JOSEPH O'DONNELL
ROBERT J. BREAKSTONE (State Bar No. 68416)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457

Attorneys for Defendants
SYNPEP CORPORATION and
CHI YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SYNPEP CORPORATION; CHI YANG<br><br>Defendants. | Case No. CR 06-0374 SBA<br><br>STIPULATION AND ORDER RE CHANGE OF COUNSEL FOR DEFENDANTS SYNPEP CORPORATION AND CHI YANG |

SYNPEP CORPORATION and CHI YANG, together with Robert Breakstone and Edwin Prather, hereby stipulate and agree to transfer their representation in this matter to Edwin Prather, who has moved his law practice to Clarence & Dyer, LLP, 899 Ellis Street, San Francisco, CA 94109-7807, telephone (415) 749-1800, facsimile (415) 749-1694.

Respectfully submitted:

Dated: January 8, 2007            ROGERS JOSEPH O'DONNELL

By: /s/ Robert J. Breakstone
    ROBERT J. BREAKSTONE

Dated: January 8, 2007

By: /s/ Chi Yang
    CHI YANG, Individually and on behalf of
    SYNPEP CORPORATION

Page 1

Notice of Change of Counsel for Defendants -- CASE NO: CR 06-0374 SBA

253940.1

```
 1  Dated: January 8, 2007                CLARENCE & DYER
 2
 3                                        By: _____
                                              EDWIN K. PRATHER
 4
 5                                        ORDER
 6           IT IS SO ORDERED.
 7
 8  Dated: January  9 , 2007               /s/ Saundra B Armstrong
                                          HONORABLE SAUNDRA BROWN ARMSTRONG
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```