EDWIN K. PRATHER (Cal. Bar No. 190536)
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile: (415) 749-1694
Email: eprather@clarencedyer.com

Attorneys for Defendants
SYNPEP CORPORATION and CHI YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR06-0374 SBA |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. |
| v. | |
| SYNPEP CORPORATION and CHI YANG, | |
| Defendants. | |

In this proposed stipulated order, the parties jointly request that the Court continue the status conference, currently set for April 24, 2007, to May 29, 2007.

At the last calling of the case, the government indicated to the Court that she would be in trial until early April. The government's case, United States v. Jimmy Quan, et al., is still on-going in this district before Judge Shubb (visiting from E.D. Cal.). The indicated end date of the trial is now May 4, 2007.

The instant case involves allegations of laboratory fraud regarding the manufacture of synthetic peptide proteins and is highly complex. The discovery in this case is enormous and difficult to understand. For the past several months, both parties have continued examine the evidence using experts in the manufacture of synthetic peptide proteins. On March 30, 2007, the parties met to discuss the case and what each party had learned from their continuing review of the discovery. At that meeting, the parties were able to narrow the issues involved in the case

considerably and also had discussion regarding settlement. Both parties agree that further meetings after AUSA Geis is available would be highly productive and might settle the case.

AUSA Geis has indicated that she will need a few weeks after her trial ends to review the file and evidence presented by the defense. The parties plan on having another meeting or series of meetings in mid to late May.

Both the schedule and unavailability of AUSA Geis and the on-going discussions between the parties warrant a short continuance of this case. Additionally, the parties will continue to use the time to review evidence with peptide experts.

Therefore, for good cause shown, the status conference in the above-captioned matter should be continued from April 24, 2007, until May 29, 2007 at 9:00 a.m. Defense counsel contact the Court's clerk who indicated that the Court is currently available on May 29th.

Additionally, the Court should exclude the period from April 24, 2007, until May 29, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161 et seq. The parties stipulate and agree that the ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant a continuance would unreasonably deny adequate preparation of counsel in this case in which the Court has already made a complexity finding. *See* 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii).

IT IS SO STIPULATED:

DATED: April 12, 2007               /s/: Edwin K. Prather
                                    EDWIN K. PRATHER
                                    Attorney for defendants SYNPEP
                                    CORPORATION and CHI YANG


DATED: April 12, 2007               /s/: Stacey P. Geis
                                    STACEY P. GEIS
                                    Assistant United States Attorney

[~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above, the Court FINDS that:

The unavailability and schedule of the government as well as the on-going discussions between the parties warrants a short continuance;

The Court has previously made a finding that this case is complex due to the nature of the subject matter, volume of discovery and nature of the prosecution; and

The ends of justice served by the continuance requested herein outweigh the best interests of the public and the defendant in a speedy trial and failure to deny counsel for the parties the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on these findings, IT IS HEREBY ORDERED THAT:

The status conference in the above-captioned matter shall be continued from April 24, 2007, until May 29, 2007 at 9:00 a.m. The period from April 24, 2007, until May 29, 2007 shall be exclude from the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii).

IT IS SO ORDERED.

DATED: 4/13/07

SAUNDRA B. ARMSTRONG
U.S. District Court Judge

AMENDED STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET SEQ. [Case No.: CR 06-0374 SBA]      3