**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06 0374 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 33] |
| CHI YANG and SYNPEP CORPORATION, | |
| Defendants. | |

Pursuant to the parties' Stipulation and [Proposed] Order Vacating Trial Date and Setting for Hearing Change of Plea and Sentencing [Docket No. 33], the Court hereby accepts the two Rule 11(c)(1)(C) plea agreements submitted by the parties, vacates the trial date of April 21, 2008 and orders that the next appearance in front of this Court will be on June 10, 2008 at 10:00 a.m. for change of plea and sentencing. The Court also finds the period from March 7, 2008 to June 10, 2008 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(I) in order to allow time for the court to consider the proposed plea agreements.

IT IS SO ORDERED.

March 7, 2007

_____
Saundra Brown Armstrong
United States District Judge