EDWIN K. PRATHER, SBN 190536
CRAIG H. BESSENGER, SBN 245787
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com
cbessenger@clarencedyer.com

Attorneys for Defendants
SYNPEP CORPORATION and CHI YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

SYNPEP CORPORATION and CHI YANG,

Defendants.

Case No. CR 06-0374 SBA

**STIPULATION AND ORDER FOR MODIFICATION TO DEFENDANT CHI YANG'S BOND SECURING HIS RELEASE**

On May 31, 2006, this Court signed an order releasing Defendant Chi Yang on a $500,000 bond and imposing various conditions of release. The $500,000 bond is currently secured by property located at 2189 Las Trampas Road in Alamo, CA (the "Las Trampas Property"). The Las Trampas property is owned by Mr. Yang and his wife, Angela Chiang, both of whom signed the order of release as sureties.

Since Mr. Yang's release in 2006, the government, Mr. Yang, and SynPep Corporation have engaged in extensive settlement discussions, which ultimately resulted in the filing of proposed plea agreements on February 15, 2008. A hearing for change of plea and sentencing is now set for June 10, 2008.

In light of the imminent resolution of this matter, Mr. Yang respectfully requests

that the amount of his bond be lowered to $75,000, to be secured with cash, and that the Las Trampas Property be fully reconveyed. These proposed changes have been discussed with Assistant United States Attorney Stacey Geis, who does not oppose them.

IT IS SO ORDERED.

Dated: March 11 , 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
GRANTED
Judge Wayne D. Brazil

WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/: Craig H. Bessenger________
CRAIG H. BESSENGER
Attorneys for Defendant Chi Yang

/s/: Stacey Geis _______________
STACEY GEIS
Assistant United States Attorney

**Proof of Service**

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On March 7, 2008, I served a copy, with all exhibits, of the following documents:

- STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION TO DEFENDANT CHIN YANG'S BOND SECURING HIS RELEASE

_X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746, Local Rules or General Orders of this Court regarding Electronic Case Filing. All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| **Stacey P. Geis** | **Ioana Petrou** |
|---|---|
| U.S. Attorney's Office<br>450 Golden Gate Avenue<br>11th floor<br>San Francisco, CA 94102<br>415-436-7200<br>Email: Stacey.Geis@usdoj.gov | U.S. Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>415-436-7189 or 308-7898<br>Fax: 415-436-7234<br>Email: ioana.petrou@usdoj.gov |

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan __
Stephanie Chan