1 Michael P. Thorman, SBN #63008
BONJOUR, THORMAN, BARAY & BILLINGSLEY
2 24301 Southland Drive, Suite 312
Hayward, CA 94545
3 Tel: (510) 785-8400
Fax: (510) 670-0955
4 michael@btbandb.com

5 Attorney for Defendant
Sufian Al-Khalidi

**FILED**

APR 2 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHEN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HASSAN SWAID, ET AL,

    Defendants.

NO.: CR 07-00126 DLJ

STIPULATION TO MODIFY TERMS OF RELEASE FOR SUFIAN AL-KHALIDI; ORDER THEREON

IT IS HEREBY STIPULATED by and between Plaintiff, the United States of America, by and through AUSA Keslie Stewart, and Defendant Sufian Al-Khalidi, by and through his attorney Michael P. Thorman, with the concurrence of Pretrial Services, by and through Paul Mamaral, that the terms of said defendant's release be modified to allow Sufian Al-Khalidi to travel to Amman, Jordan, departing on April 24, 2008 and returning May 16, 2008. As consideration for this stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA. and filed an Obligation confirming same with the Clerk of the Court.

///
///

*[handwritten: CC: WDB's Stats, Copy to parties via ECF, Pretrial, Financial, Frances]*

stipulation, defendant has pledged his real property at 1258 Breckenridge St., San Leandro, CA, and filed an Obligation confirming same with the Clerk of the Court.

///

///

IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by May 23, 2008.

DATED: _____

AUSA KESLIE STEWART

DATED: _____

MICHAEL P. THORMAN

DATED: 4/23/08

PAUL MAMARAL

## ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow

IT IS FURTHER STIPULATED that to allow this travel, the Court allow the Clerk of the Court to return to Sufian Al-Khalidi his passport, which passport shall be returned to the Clerk by May 23, 2008.

DATED: 4/23/08

AUSA KESLIE STEWART

DATED: _____

MICHAEL P. THORMAN

DATED: _____

PAUL MAMARAL

## ORDER

Pursuant to Stipulation of the parties, based on proof that defendant Sufian Al-Khalidi has posted a property bond on his residence, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the terms of said defendant's release are modified to allow his travel to Amman, Jordan on April 24, 2008, returning May 16, 2008.

IT IS FURTHER ORDERED that the Clerk of the Court shall return to defendant his passport for the purpose of this travel. Defendant shall surrender his passport to the Clerk of the Court upon his return, and in no event later than May 23, 2008.

DATED: 4/23/08

MAGISTRATE-JUDGE WAYNE BRAZIL

2