EDWIN K. PRATHER, SBN 190536
CRAIG H. BESSENGER, SBN 245787
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, California 94109
Telephone: 415.749.1800
Facsimile: 415.749.1694
Email: eprather@clarencedyer.com
       cbessenger@clarencedyer.com

Attorneys for Defendants
SYNPEP CORPORATION and CHI YANG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SYNPEP CORPORATION and<br>CHI YANG,<br><br>                Defendants. | Case No. CR 06-0374 SBA<br><br>**STIPULATION AND ORDER TO RECONVEY PROPERTY** |

On May 31, 2006, this Court signed an order releasing Defendant Chi Yang on a $500,000 bond and imposing various conditions of release. The $500,000 bond was secured by property located at 2189 Las Trampas Road in Alamo, CA (the "Las Trampas Property"). The Las Trampas Property is owned by Mr. Yang and his wife, Angela Chiang.

In light of the imminent resolution of this matter, Mr. Yang and the government engaged in negotiations regarding modifying Mr. Yang's bond securing his release. These negotiations ultimately resulted in a stipulation that Mr. Yang's bond be lowered to $75,000, to be secured with cash, and that the Las Trampas Property be fully reconveyed. The Court signed an order to that effect on March 11, 2008, and Mr. Yang has since posted the $75,000 with the Court.

1  Prior to the agreement to secure Mr. Yang's release with cash, other properties were contemplated as security by Mr. Yang and the government. One of these properties, located at 500 Treyburn Circle in San Ramon, CA, is owned by Mr. Yang's mother (the "Treyburn Property"). A deed of trust conveying the Treyburn Property to the Court was recorded in anticipation of the property being used to secure Mr. Yang's release. The Court's order to secure Mr. Yang's release with cash has rendered this lien on the Treyburn Property unnecessary. Mr. Yang now respectfully requests that the Court order the Treyburn Property to be fully reconveyed.

The reconveyance has been discussed with Assistant United States Attorney Stacey Geis, who does not oppose it.

IT IS SO ORDERED.

Dated: April 22, 2008

[GRANTED — Judge Wayne D. Brazil]

_____
WAYNE D. BRAZIL
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/: Craig H. Bessenger_____
CRAIG H. BESSENGER
Attorneys for Defendant Chi Yang

/s/: Stacey Geis_____
STACEY GEIS
Assistant United States Attorney

**Proof of Service**

I, Stephanie Chan, declare as follows:

I am over eighteen years of age and not a party to the within action; my business address is 899 Ellis Street, San Francisco, California 94109; I am employed in the County of San Francisco.

On April 21, 2008, I served a copy, with all exhibits, of the following documents:

• STIPULATION AND [PROPOSED] ORDER TO RECONVEY PROPERTY

_X___ (BY ELECTRONIC SERVICE) I caused an electronic delivery subject to 28 U.S.C ¶1746,  Local Rules or General Orders of this Court regarding Electronic Case Filing.  All pleadings and papers must be electronically served in accordance with those Rules or General Orders with email address(es) as noted below:

| **Stacey P. Geis**<br>U.S. Attorney's Office<br>450 Golden Gate Avenue<br>11th floor<br>San Francisco, CA 94102<br>415-436-7200<br>Email: Stacey.Geis@usdoj.gov | **Ioana Petrou**<br>U.S. Attorney's Office<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102<br>415-436-7189 or 308-7898<br>Fax: 415-436-7234<br>Email: ioana.petrou@usdoj.gov |
|---|---|

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed on the above stated date.

/s/: Stephanie Chan  
Stephanie Chan