JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

IOANA PETROU (CSBN 170834)
CHRISTINA HUA (CSBN 185358)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7534
   E-mail: ioana.petrou@usdoj.gov; tina.hua@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.06-00374 (SBA) |
| Plaintiff, | STIPULATION AND ORDER REGARDING PRETRIAL DEADLINES AND FILINGS |
| v. | |
| SYNPEP CORPORATION and CHI YANG, | Pretrial Conference: September 22, 2009<br>Trial Date: October 5, 2009 |
| Defendants. | |

The Court has set this matter for trial on October 5, 2009 and has set the pretrial conference for September 22, 2009 at 9:00 a.m.

The parties have met and conferred on various pretrial and trial issues. Subject to the Court's calendar, the parties propose the following pretrial schedule:

//

//

Stip & Order re Pretrial Dates
Case No.06-00374 (SBA)

**Substantive Motions**

At present, the defense plans to file a motion to dismiss the superceding indictment. Additional motions may be contemplated as the litigation progresses. The parties respectfully request the following schedule:

- June 16, 2009 – defendants to file moving papers
- June 30, 2009 – government oppositions are due
- July 7, 2009 – defendants' reply briefs are due
- July 14, 2009 – hearing on the motions

Subject to the Court's calendar, the parties propose the following pretrial schedule:

**Expert Disclosures**

Both sides expect to call expert witnesses at trial. The parties have met and conferred and agree that the government is to provide expert witness notice on July 15, 2009 and the defense is to provide expert witness notice on August 12, 2009. The parties acknowledge that additional motions may be filed post disclosures.

**Pretrial Conference and Pretrial Filings**

The pretrial conference has been scheduled for September 22, 2009. Pursuant to the Court's standard practice, the parties propose that the government serve and file the following by September 1, 2009:

(1) Trial memorandum briefly stating the legal basis for the charges and the anticipated evidence, and addressing any evidentiary or other anticipated legal issues;

(2) List of all witnesses which may be called together with a brief summary of the testimony of each;

(3) Requested jury instructions - the parties shall file a **joint** set of jury instructions as to those instructions on which the parties have reached agreement. As to any disputed instructions, each party shall separately submit its "proposed" instruction(s) supported by a memorandum setting forth the authority for its use. Responses or objections to any "proposed" jury instruction shall be filed no later than the date of the pretrial conference.

Stip & Order re Pretrial Dates
Case No.06-00374 (SBA)

        (4) Proposed voir dire of the jury panel;

        (5) Proposed form of verdict:

        (6) Serve copies of all exhibits to be offered at trial together with a completed list of exhibit. Each item shall be premarked using the form of marker attached; generally, the government will use numbers, defendant letters. The Court requires one original version of exhibits for the Clerk and two copies (one for the Bench and one for the witness stand). All such versions of the exhibits, including the originals, should be indexed into a binder for easy and quick reference by all parties. The first page of each binder should have a copy of the exhibit list appropriately completed with each exhibit description and its designated number or letter. Exhibits should be brought to Court on the first day of trial.

No later than September 1, 2009, the defense shall comply with paragraphs (3) and (4), above, and, to the extent consistent with the defendant's right to an effective defense, with paragraphs (1), (2) and (6).

**Motions in Limine**

The parties intend to confer concerning foreseeable evidentiary issues, including stipulations and motions in limine. For those disputes that cannot be resolved, the parties will file motions in limine, pursuant to the Local Rules.  For those matters which in good faith are subject to motions in limine, the parties propose that such motions be filed by September 7, 2009, and oppositions to much motions to be filed by September 14, 2009, for hearing at the pretrial conference.

**Discovery/Grand Jury/Jencks Material**

The parties agree to make timely and ongoing discovery of Rule 16 material.  The government agrees to provide the defense with all grand jury material and Jencks material by September 8, 2009.

                                          JOSEPH P. RUSSONIELLO
                                        Acting United States Attorney

DATED:                              /s/
                                        IOANA PETROU
                                        Assistant United States Attorney

Stip & Order re Pretrial Dates
Case No.06-00374 (SBA)

DATED:

NANCI CLARENCE
Attorney for SynPep Corporation and Chi Yang

**ORDER**

Based on good cause, as set forth above, IT IS SO ORDERED.

Dated: 6/8/09

*Saundra B Armstrong*

SAUNDRA BROWN ARMSTRONG
United States District Cour Judge

Stip & Order re Pretrial Dates
Case No.06-00374 (SBA)