STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
SYNPEP CORPORATION AND
CHI YANG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> v. </br></br> SYNPEP CORPORATION AND CHI YANG, </br></br> Defendants. | No. CR 06-0374 SBA </br></br> **STIPULATION AND ORDER FOR CONTINUANCE OF PRETRIAL DATES** |

The defendants through counsel Stuart Hanlon, and the government through Assistant U.S. Attorneys Christina Hua and Tracie Brown hereby apply for an order continuing the currently set pretrial date of September 22, 2009.

Defense counsel has filed a motion to continue the trial date in this matter to be heard on September 8, 20009. It is therefore necessary to extend pretrial dates and deadlines in order to have the continuance hearing heard in time.

///

///

///

*Synpep & Chi Yang: Stipulation & Proposed Order Re Continuance of Pretrial Dates*     1

Both parties agree that this matter should be taken off calendar on September 22, 2009 and should be placed on calendar for September 29, 2009.

Dated: August 12, 2009         s/Stuart Hanlon, CSBN: 66104
                               Attorney for Defendant
                               SYNPEP CORPORATION and CHI YANG
                               179 11th Street, 2nd Floor
                               San Francisco, CA 94103
                               415/864-5600
                               stuart@stuarthanlonlaw.com

Dated: August 12, 2009         s/Christina Hua
                               Assistant U.S. Attorney
                               Office of The U.S. Attorney
                               450 Golden Gate Avenue, 11th Floor
                               San Francisco, CA 94102

Dated: August 12, 2009         s/Tracie Brown
                               Assistant U.S. Attorney
                               Office of The U.S. Attorney
                               450 Golden Gate Avenue, 11th Floor
                               San Francisco, CA 94102

## **ORDER**

Good cause having been shown and by Stipulation of the parties herein,

**IT IS HEREBY ORDERED** that the Pretrial Conference in the above-captioned matter shall be taken off calendar on September 22, 2009 and be heard on September 29, 2009. Further, pretrial documents are due September 14, 2009, in limine motions are due September 17, 2009, and any responses shall be due September 22, 2009.

**IT IS SO ORDERED.**

Dated: 8/24/09                 _____
                               HON. JUDGE SAUNDRA B. ARMSTRONG
                               UNITED STATES DISTRICT COURT

*Synpep & Chi Yang: Stipulation & Proposed Order Re Continuance of Pretrial Dates*         2