STUART HANLON, SBN: 66104
SARA RIEF, SBN: 227279
LAW OFFICES OF HANLON & RIEF
179 11TH Street, 2nd Floor
San Francisco, California 94103
(415) 864-5600

Attorney for Defendant
SYNPEP CORPORATION AND
CHI YANG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0374 SBA |
| Plaintiff, ) ) | **STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL DATE** |
| v. ) ) | |
| SYNPEP CORPORATION AND CHI YANG, ) ) | |
| Defendants. ) | |

The defendants through counsel Stuart Hanlon, and the government through Assistant U.S. Attorneys Christina Hua and Tracie Brown hereby stipulate as follows:

Defense counsel has filed a Motion to Continue the presently set trial date of October 5, 2009 in this matter. The hearing on said motion was to be heard today, September 8, 2009. The government filed a Non-Opposition Reply to Defendant's Motion to Continue the trial date. It is hereby requested that the Court grant the continuance motion for the reasons stated in the Declaration of Counsel filed in support of Defendant's Motion to Continue the trial date.. In particular, both sides requested that the Continuance Motion be granted for continuity of counsel and so that counsel has adequate time to prepare. Further, both sides request that the presently

*Synpep & Chi Yang: Stipulation & Proposed Order Re Continuance of Pretrial & Trial Dates*  1

1  set trial date of October 5, 2009 and all pretrial dates be vacated.  The parties hereby request that
2  this matter be scheduled for September 22, 2009 at 9:00 a.m. for status and possible change of
3  plea and/or trial setting.
4     Further, in light of the complexity of the case, the amount of discovery remaining to be
5  reviewed by the defense and the additional reasons as set forth in defendant's motion to
6  continue, the parties agree to exclude time from the speedy trial act calculations from September
7  8, 2009 to September 22, 2009.  Failure to grant the request for continuance and exclusion of
8  time will unreasonably deny defense counsel reasonable time necessary for effective preparation,
9  taking into account the exercise of due diligence and a need for counsel to prepare for trial and
10 will deny the defendant continuity of counsel, 18 U.S.C. Section 3161(h)(7)(A)(b)(iv).

Dated: September 8, 2009          s/Stuart Hanlon, CSBN: 66104
                                  Attorney for Defendant
                                  SYNPEP CORPORATION and CHI YANG
                                  179 11th Street, 2nd Floor
                                  San Francisco, CA 94103
                                  415/864-5600
                                  stuart@stuarthanlonlaw.com

Dated: September 8, 2009          s/Christina Hua
                                  s/Tracie Brown
                                  Assistant U.S. Attorney
                                  Office of The U.S. Attorney
                                  450 Golden Gate Avenue, 11th Floor
                                  San Francisco, CA 94102

## **ORDER**

Good cause having been shown and by Stipulation of the parties herein, the Court grants Defendant's Motion to Continue the presently set trial date of October 5, 2009.   The Court grants this Motion to Continue the trial date based on the above Stipulation, the Declaration of Counsel in support of Defendant's Motion to Continue the trial date, and in particular, the need

*Synpep & Chi Yang: Stipulation & Proposed Order Re Continuance of Pretrial & Trial Dates*                                                                        2

1  for defense counsel to have time to adequately prepare for trial as well as the continuity of
2  counsel.
3      IT IS HEREBY ORDERED that the October 5, 2009 trial date and all previously-set
4  dates relating to pretrial papers are hereby vacated.  Further, the Court sets this matter for all
5  parties to appear on September 22, 2009 at 9:00 a.m. for status and/or possible change of plea.
6      Further, pursuant to Stipulation and good cause appearing, it is ordered that, with the
7  consent of the Defendant, and all counsel, the period from September 8, 2009 to September 22,
8  2009 is excluded from Speedy Trial Act calculations under 18 U.S. C. Section 3161(h)(7)(A) &
9  (B)(iv), as the ends of justice served by excluding that time outweigh the best interest of the
10 public and the defendant in a speedy trial and the prompt disposition of criminal cases.
11 **IT IS SO ORDERED.**

13 Dated:  9/8/09                              *[signature: Saundra B Armstrong]*
14                                       HON. JUDGE SAUNDRA B. ARMSTRONG
15                                       UNITED STATES DISTRICT COURT